IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-238

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LEAH PATIENCE DAVIS | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for the Court to reconsider a continuance of the sentencing hearing in this matter from November 16, 2011 in the Charlotte Division. (Doc. No. 331).

The Court finds that the defendant has not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 14, 2011

Robert J. Conrad, Jr.
Chief United States District Judge