IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 3:10-cr-238-RJC-DSC |
| v. | ) |
| (9) MILTON EARL ADAMS<br>    also known as "Turtle" | ) |

**ORDER REVOKING BOND, ORDERING DETENTION, AND FORFEITING BOND**

This matter having come before the Court upon Motion by Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order revoking bond of Defendant Milton Earl Adams, ordering the Defendant be detained, and forfeiting said bond,

THE COURT FINDS that the Defendant has violated the conditions of release set by the Court, and thus,

The Government's Motion is hereby GRANTED, and

IT IS HEREBY ORDERED that the Defendant's bond is revoked,

IT IS FURTHER ORDERED that the Defendant be detained, and

IT IS FURTHER ORDERED that the Defendant's bond be forfeited.

**SO ORDERED**.

Signed: May 7, 2012

David S. Cayer
United States Magistrate Judge